UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES T. BOOTH,<br><br>        Defendant. | Case No. 3:19-cv-01535-KAD |

## STATUS REPORT

Plaintiff Securities and Exchange Commission (the "Commission") with the assent of Defendant James T. Booth ("Booth" or "the Defendant") files this Status Report to inform the Court of ongoing settlement discussions. The Commission filed its Complaint in this matter on September 30, 2019 against the Defendant. On the same day, the United States Attorney filed charges in the Southern District of New York against the Defendant in *United States v. James T. Booth*, Crim. No. 19-cr-00699-JGK (S.D.N.Y.), for criminal conduct relating to certain matters alleged in the Complaint.

On October 22, 2019, the Defendant pleaded guilty to one count of Securities Fraud, 15 U.S.C. §§ 78(j)(b), 78ff(a); 17 C.F.R. § 240.10b-5. Booth is scheduled to be sentenced on February 21, 2020.

The Defendant has expressed to the Commission his willingness to entering into a consent order to settle this matter. There appears to be a settlement in principle between the parties. As such, the Defendant does not intend to file an answer or other responsive pleading to

1

the Complaint.  However, finalizing settlement in this matter requires final resolution of Booth's criminal case.  Specifically, a determination of the amount of restitution that Booth would be ordered to pay will impact the amount of disgorgement sought in this action.

The SEC proposes to file an additional Status Report no later than March 27, 2020 to inform the Court as to whether a settlement has been formalized.  If and when Booth executes the necessary paperwork, typically four to six weeks are necessary for review and consideration of the proposed settlement by the Commission.

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its attorneys,

Dated: October 30, 2019

/s/ Jennifer A. Cardello
Jennifer Cardello (Mass. Bar No. 657253)
   Senior Counsel
Martin F. Healey (Mass. Bar No. 227550)
   Senior Trial Counsel
William Donahue (Mass Bar No. 631229)
   Senior Counsel
Robert Baker (Mass. Bar No. 654023)
   Assistant Regional Director
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
(617) 573-4577 (Cardello direct)
(617) 573-4590 (fax)
Cardelloj@sec.gov (Cardello email)

*Local Counsel*:
John B. Hughes (Fed. Bar No. CT 05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 25th Floor
New Haven, CT  06510
(203) 821-3700
(203) 773-5373 (fax)

CERTIFICATE OF SERVICE

      I certify that on October 30, 2019, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

Dated: October 30, 2019                                    /s/ Jennifer A. Cardello  
                                                                             Jennifer A. Cardello