UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:19-cv-01535-KAD |
| v. | ) ) ) | |
| JAMES T. BOOTH, | ) ) ) | |
| Defendant. | ) ) | |

### STATUS REPORT

Plaintiff Securities and Exchange Commission (the "Commission") with the assent of Defendant James T. Booth ("Booth" or "the Defendant") files this Status Report to inform the Court of ongoing settlement discussions. Booth was scheduled to be sentenced on February 21, 2020 in *United States v. James T. Booth*, Crim. No. 19-cr-00699-JGK (S.D.N.Y.), for criminal conduct relating to certain matters alleged in the Commission's Complaint. Booth's sentencing was initially moved to April 9, 2020. The Court has now moved Booth's sentencing to October 23, 2020.

The Defendant continues to express his willingness to entering into a consent order to settle this matter. However, finalizing the terms of settlement in this matter requires final resolution of Booth's criminal case. Specifically, a determination of the amount of restitution and/or forfeiture that Booth would be ordered to pay will impact the amount of disgorgement sought in this action.

1

The SEC proposes to file an additional Status Report no later than November 13, 2020 to inform the Court as to whether a settlement has been formalized. If and when Booth executes the necessary paperwork, typically four to six weeks are necessary for review and consideration of the proposed settlement by the Commission.

                                    Respectfully submitted,

                                    **SECURITIES AND EXCHANGE COMMISSION**

                                    By its attorneys,

Dated: September 22, 2020       /s/ Jennifer A. Cardello
                                    Jennifer Cardello (Mass. Bar No. 657253)
                                        Senior Counsel
                                    Martin F. Healey (Mass. Bar No. 227550)
                                        Senior Trial Counsel
                                    William Donahue (Mass Bar No. 631229)
                                        Senior Counsel
                                    Robert Baker (Mass. Bar No. 654023)
                                        Assistant Regional Director
                                    Boston Regional Office
                                    33 Arch Street, 24th Floor
                                    Boston, MA  02110
                                    (617) 573-4577 (Cardello direct)
                                    (617) 573-4590 (fax)
                                    Cardelloj@sec.gov (Cardello email)

                                    *Local Counsel*:
                                    John B. Hughes (Fed. Bar No. CT 05289)
                                    Assistant United States Attorney
                                    Chief, Civil Division
                                    United States Attorney's Office
                                    Connecticut Financial Center
                                    157 Church Street, 25th Floor
                                    New Haven, CT  06510
                                    (203) 821-3700

CERTIFICATE OF SERVICE

     I certify that on September 22, 2020, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

Dated: September 22, 2020                                    /s/ Jennifer A. Cardello
                                                                                      Jennifer A. Cardello